# United States District Court
# Central District of California

| | |
|---|---|
| DWAIN LAMMEY,<br><br>   Plaintiff,<br><br> v.<br><br>QUEENBEE LLC, a California Limited Liability Company; and DOES 1-10,<br><br>   Defendants. | Case № 2:19-CV-02381-ODW (PLAx)<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

  1. Plaintiff shall recover nothing from Defendant;

  2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

December 20, 2019

                _____
                **OTIS D. WRIGHT, II**
              **UNITED STATES DISTRICT JUDGE**